United States Court of Appeals
 for the district of columbia circuit
 

No. 97-7112 September Term, 1997

Donald W. Crandall,
 Appellant
 
v.

Paralyzed Veterans of America,
 Appellee
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 95cv01741)
 

 Before: Wald, Williams and Tatel, Circuit Judges.

 O R D E R

 It is ORDERED by the Court, sua sponte, that the opinion of June 23, 1998 is amended as
follows:

 Page 9, line 2, delete "it", insert "the diagnosis"

FOR THE COURT:
Mark J. Langer, Clerk
BY: Eva Brown
Deputy Clerk

Filed June 23, 1998